

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,555-01

### EX PARTE CHARLES JAMES GARRETT, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C372-W011439-1410502-A IN THE 372ND DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offenses of engaging in organized criminal activity and murder and sentenced to imprisonment for fifty years in each count.

On February 20, 2019, an order designating issues was signed by the trial court ordering trial counsel to submit an affidavit in response to the claims in this habeas application. It appears that the trial court has not completed its fact-finding. We remand this application to the 372nd District Court of Tarrant County to allow the trial judge to complete an evidentiary investigation and enter

findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: March 20, 2019

Do not publish